UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FRINK,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIE CALLENDER PIE SHOPS, LLC, et al.,<br><br>          Defendants. | Case No.: 1:16-cv-01122 LJO JLT<br><br>ORDER TO ATTORNEYS SHARP AND HARRIS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO SEEK ADMISSION PRO TO THIS COURT |

The plaintiff claims she was injured when she bit into a cherry pit that was found in a slice of pie served to her at the Marie Callender restaurant in Bakersfield, California.  (Doc. 1 at 19)  She filed her complaint in the Clark County Superior Court in Nevada, where she lived.  (Doc. 1) soon thereafter, the defendant removed the matter to the United States District Court, District of Nevada. (Doc. 1)

On July 20, 2016, the parties stipulated that the matter should be transferred to this Court and the District of Nevada did so. (Doc. 10)  When the case was received in this Court on August 2, 2016, the Clerk of the Court directed attorneys Anthony Sharp and Richard Harris[1] to seek membership in this Court.  (Doc. 13)  Nevertheless, counsel have failed to take any action to do so.  Therefore, the Court **ORDERS**:

---

[1] Other attorneys, who are no longer representing a party in this case, were also directed to do so and also did not comply.

1

1,      **Within 14 days**, Anthony Sharp and Richard Harris **SHALL** show cause why they should not be sanctioned for their attempting to practice in this Court without first obtaining membership pro hac vice. Alternatively, within this same time frame, they may seek to be admitted pro hac vice.

IT IS SO ORDERED.

Dated:   **November 1, 2016**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE