# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FRINK,<br><br>             Plaintiff,<br><br>      v.<br><br>MARIE CALLENDER PIE SHOPS, LLC, et al.,<br><br>             Defendants. | Case No.: 1:16-cv-01122 LJO JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On November 1, 2016, the Court ordered attorneys A.J. Sharp and Richard Harris to show cause why sanctions should not be imposed for their practicing in this Court without first seeking admission. (Doc. 20)  The Court issued this order nearly two months after the Clerk of the Court had directed counsel to seek admission. (Doc. 13)

Mr. Harris has been removed as counsel of record in this case and Mr. Sharp has now been admitted. (Doc. 21 at 2, 3)  Thus, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:    **November 17, 2016**            **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE