# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FRINK, | ) Case No.: 1:16-cv-01122 LJO JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 30) |
| MARIE CALLENDER PIE SHOPS, LLC, et al., | ) |
| Defendants. | ) |

On May 12, 2017, the plaintiff filed a notice of settlement. (Doc. 30) Therefore, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than June 16, 2017;

2. All pending dates, conferences and hearings are **VACATED** and the motion for summary judgment is **MOOT**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **May 15, 2017**               **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE