# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FRINK, | Case No.: 1:16-cv-01122 LJO JLT |
| Plaintiff, | ORDER CLOSING CASE |
| v. | |
| MARIE CALLENDER PIE SHOPS, LLC, et al., | |
| Defendants. | |

On June 19, 2017, the parties filed a stipulation to dismiss the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Because all parties who have appeared in the action signed the stipulation (Doc. 32), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**June 22, 2017**__       __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE